# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ<br><br>                    Plaintiff(s),<br><br>        v.<br><br>ALFONSO ALVAREZ MARTINEZ, et al.<br><br>                    Defendant(s). | CASE NO.<br> 2:22–cv–02449–DSF–RAO<br><br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

   Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before November 21, 2022.  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

   IT IS SO ORDERED.

Date: October 19, 2022                    _/s/ Dale S. Fischer_
                                        Dale S. Fischer
                                        United States District Judge