JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>ARCOIRIS 98 CENT STORE, INC.,<br><br>Defendant. | Case No. CV 22-2449 DSF (RAOx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to file a motion for default judgment as to defendant Arcoiris 98 Cent Store Inc.,

IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: November 29, 2022

_____
Dale S. Fischer
United States District Judge